UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **January 12, 2023** |
| **TIME:** | **9:30AM** |
| **FORMAT:** | ☒ In Person    ☐ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **19-CV-4885 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Giggetts v. County of Suffolk et. al. |
| **FOR PLAINTIFF(S):** | Albert Darnell Manuel, III., Frederick K. Brewington |
| **FOR DEFENDANT(S):** | Stacy A. Skorupa |
| **NEXT CONFERENCE(S):** | June 1, 2023 at 10:15AM via AT&T Teleconference<br>(877-402-9753 – Access Code: 2785175) |
| **FTR/COURT REPORTER:** | 9:40-10:04 |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

The Court set the following schedule:

(1) Plaintiff shall provide to Defendants by **April 7, 2023** a list of Plaintiff's experts and the topics they will address.

(2) The parties shall complete all fact discovery (including depositions and resulting follow up requests) by **April 14, 2023**.

(3) Defendants shall provide to Plaintiff by **May 12, 2023** a list of Defendants' experts and the topics they will address.

(4) The parties shall file a joint letter by **May 19, 2023** that provides a proposed schedule for expert discovery and the balance of the case.

<u>SO ORDERED</u>

<u>/s/ Lee G. Dunst</u>
LEE G. DUNST
United States Magistrate Judge